## SUPREME COURT PROCEEDINGS

### Tuesday, December 11, 1923

### GENERAL DOCKET

No. 17868—Edward Telinde v. The Ohio Traction Co. Error to the Court of Appeals of Hamilton county.

See also, Syllabi of Cases, infra.

### MOTION DOCKET

### No New Cases this week

### NEW CASES FILED

18238—The Ohio Consolidated Coal Co. v. The Lexi Coal Co.; motion for an order directing the Court of Appeals of Franklin County to certify its record. Williams, Sinks & Williams and J. M. Schooler, Columbus, for plaintiff; Smith W. Bennett, Columbus, for defendants.

18239—The State of Ohio ex rel James Watkins v. Vic Donahey, as Governor of the State of Ohio, William G. Reese, as Mayor of the City of Youngstown, and Arthur Williams, as City Auditor of the City of Youngstown, Ohio; In Mandamus. Hogan, Hogan & Hogan, Columbus, and Moore, Barnum & Hammond, Youngstown, for plaintiff.

18240—John Elder v. The Board of Education of The Willard Village School District, Huron County, motion for an order directing the Court of Appeals of Huron county to certify its record. A. S. Aigler, Belevue, and Frank Carpenter, Norwalk, for plaintiff; Young & Young, Norwalk, and Russell Knepper, Columbus, for defendant.

18241—Herman Hane v. Mary M. Kinter, Bertha Deepe, Alexander Hane, Amanda Hornish, Willard Mulligan, Minnie Rupp, Grace Bishop, Van Dine Tittle, Charles Tittle, Nellie Tittle, Richard Hane, Alexander Hane, Guardian of Charles Tittle and Nellie Tittle, minors, Nellie Rupp, Minnie Rupp, Clara Hane, Morgan Lewis and Henry Hane; motion for an order directing the Court of Appeals of Defiance county to certify its record. E. W. Costello, Winn & Goller, J. P. Cameron, Defiance, and Marion W. Bacome, Toledo, for plaintiff.

18242—John Matolok v. St. John's Greek Catholic Congregation; motion for an order directing the Court of Appeals of Cuyahoga County to certify its record. Stern, Rocker & Swartz, Cleveland, and T. S. Dunlap, for the plaintiff.

(Continued on Page 886)

## SUPREME COURT OF OHIO

### SYLLABI OF CASES

### Decided December 11, 1923.

### On General Docket Ante

17868—Edward Telinde v. The Ohio Traction Company; error to the Court of Appeals of Hamilton county.

### 82. CHARGE TO JURY.

Merely reading pleadings by the court, in a negligence case, without defining the issues, does not sufficiently comply with 11447 GC. (72 OS. 586 approved and followed)—If the charge contains no other than formal directions as to assessing the damages, it is erroneous.

MARSHALL, C. J.

1. Where in charging the jury in a case where the petition alleges negligence and the answer alleges contributory negligence the court merely reads the pleadings to the jury and does not otherwise define the specific issues, such charge is not a sufficient compliance with Section 11447, General Code, and is erroneous. (B. & O. Rd. Co v. Lockwood, 72 Ohio St., 586, approved and followed.)

2. In a negligence case a charge to the jury is erroneous which contains no other instruction upon the subject of the measure of damages than the following: "If you find in favor of the plaintiff, then it is your duty to assess the amount of damages to which you in your opinion think that he is entitled."

Judgment affirmed.

Robinson, Jones, Matthias and Day, JJ., concur. Allen, J., concurs in proposition 2 of the syllabus and in the judgment.